Lindsi M. Weber (AZ Bar No. 025820)
**THE BURGESS LAW GROUP**
3131 E. Camelback Road, Ste. 224
Phoenix, AZ 85016
Telephone: 602.806.2100
lindsi@theburgesslawgroup.com
*Counsel for Camelback Fiduciary LLC*
*in its capacity as guardian and conservator*
*for Donald Kaiser*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| RICHARD J. SHENKUS<br>NOREEN GAE SHENKUS | Case No. 2:22-bk-06636-EPB |
| Debtors. | |
| CAMELBACK FIDUCIARY LLC in its capacity as guardian and conservator for DONALD KAISER, | Adv. Case No. 2:23-ap-00002-EPB<br><br>**JOINT STIPULATION TO:**<br><br>**(1) CONTINUE SCHEDULING CONFERENCE;**<br>**(2) REQUEST REFERRAL TO SETTLEMENT JUDGE; and**<br>**(3) REQUEST HEARING DATE ON PENDING MOTION TO DISMISS COUNTERCLAIM**<br><br>**Current Hearing Date:**<br>**March 28, 2023 at 10:00 a.m.** |
| Plaintiff/Counterdefendant, | |
| v. | |
| RICHARD J. SHENKUS AND NOREEN GAE SHENKUS, husband and wife, | |
| Defendants/Counterclaimants. | |

Pursuant to Federal Rules of Civil Procedure 26(f) as incorporated by Federal Rule of Bankruptcy Procedure 7026, counsel for the parties have met and conferred. Pursuant to paragraph 6 of the Court's *Notice of Scheduling Conference and Order re: Rule 7016(b)* (Adv. Dkt. #7; the "**Scheduling Conference Order**") and Arizona Local Rules of Bankruptcy Procedure Rule 9072-2, Plaintiff/Counterdefendant Camelback Fiduciary LLC in its capacity as guardian and conservator for Donald Kaiser ("**Camelback Fiduciary**" or "**Plaintiff**"), and Defendants/Counterclaimants Richard J. Shenkus and Noreen Gae

Shenkus (together, the "**Debtors**" or "**Defendants**") (together, the "**Parties**"), hereby stipulate and respectfully request the following:

1. The Court vacate the Scheduling Conference currently set for March 28, 2023 at 10:00 a.m. (and corresponding pre-hearing deadlines) subject to reschedule upon conclusion of the Parties' alternative dispute resolution efforts;

2. The Court refer this adversary matter to another Bankruptcy Judge for purposes of conducting a settlement conference; and

3. The Court set a hearing date for oral argument regarding the pending *Motion to Dismiss Counterclaim* (Adv. Dkt. #11) and *Objection to Motion to Dismiss Counterclaim* (Adv. Dkt. #12) (along with any Reply to be filed) for some time in early to mid-April, 2023.

The Parties believe that good cause exists to continue the Scheduling Conference in order to reduce expense and promote efficiency and economy by providing an opportunity for the Parties to pursue early alternative dispute resolution through participation in a settlement conference/mediation with a Bankruptcy Judge, before setting a discovery schedule. The Parties will inform this Court regarding the outcome of the ADR efforts, and if necessary, request that the Court reset the Scheduling Conference at that time.

In addition, the Parties believe that resolving the pending Motion to Dismiss may assist with the ADR efforts, and accordingly, are requesting that the Court set oral argument on the Motion to Dismiss (preferably in early to mid-April).

A proposed form of Order granting the relief sought in this Stipulation is attached as Exhibit "A" and was lodged concurrently with this filing.

RESPECTFULLY SUBMITTED this 15th day of March, 2023.

<div style="margin-left: 50%;">

THE BURGESS LAW GROUP

By: */s/ Lindsi M. Weber*
Lindsi M. Weber
3131 E. Camelback Road, Ste. 224
Phoenix, Arizona 85016
*Counsel for Camelback Fiduciary
in its capacity as guardian and conservator
for Donald Kaiser*

</div>

|   |   |
|---|---|
| | DeConcini McDonald Yetwin & Lacy, P.C. |
| | By: */s/ Jody A. Corrales* |
| | Jody A. Corrales, Esq. |
| | 2525 E. Broadway Blvd., Suite 200 |
| | Tucson, Arizona 85716 |
| | *Counsel for Richard and Noreen Shenkus* |

Original filed and Copies of the foregoing were served this 15th day of March, 2023 via the Court's CM/ECF Notification System on all parties that requested notice in this Case and by US Mail on the following:

Jody A. Corrales, Esq.
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716
*Counsel for Defendants*

By: */s/ Angie Renteria*