1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| RICHARD J. SHENKUS<br>NOREEN GAE SHENKUS | Case No. 2:22-bk-06636-EPB |
| Debtors. | |
| CAMELBACK FIDUCIARY LLC in its capacity as guardian and conservator for DONALD KAISER,<br><br>Plaintiff/Counterdefendant,<br>v.<br>RICHARD J. SHENKUS AND NOREEN GAE SHENKUS, husband and wife,<br><br>Defendants/Counterclaimants. | Adv. Case No. 2:23-ap-00002-EPB<br><br>**ORDER GRANTING JOINT STIPULATION TO:**<br><br>**(1) CONTINUE SCHEDULING CONFERENCE;**<br>**(2) REQUEST REFERRAL TO SETTLEMENT JUDGE; and**<br>**(3) REQUEST HEARING DATE ON PENDING MOTION TO DISMISS COUNTERCLAIM** |

This matter comes before the Court pursuant to the *Joint Stipulation to: (1) Continue Scheduling Conference; (2) Request Referral to Settlement Judge; and (3) Request Hearing Date on Pending Motion to Dismiss Counterclaim* (the "**Stipulation**") filed by the Parties to this Adversary Case. Based on the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Vacating the Scheduling Conference currently set for March 28, 2023 at 10:00 a.m. (and corresponding pre-hearing deadlines) subject to reschedule upon conclusion of the Parties' alternative dispute resolution efforts;

2. Referring this adversary matter to Judge _____ for purposes of conducting a settlement conference; and

3. Setting a telephonic hearing for oral argument regarding the pending *Motion to Dismiss Counterclaim* (Adv. Dkt. #11) and *Objection to Motion to Dismiss Counterclaim* (Adv. Dkt. #12) (along with any Reply to be filed) for April ___, 2023 at _____. Parties wishing to participate in the hearing should call 877-810-9415, access code 1064631, several minutes before the hearing.

**DATED AND SIGNED ABOVE.**